IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| **SHRIMAD HOLDINGS, L.P.** § | | |
| **D/B/A QUALITY INN & SUITES,** § | | |
| § | | |
| *Plaintiff* § | | |
| § | | |
| v. § | CIVIL ACTION NO. 1:17-cv-00968 | |
| § | | |
| **SENECA INSURANCE COMPANY** § | | |
| **AND DAVID CARBERRY,** § | | |
| § | | |
| *Defendants* § | | |

# INDEX OF MATTERS BEING FILED

Pursuant to Rule 81.1 of the Local Rules of the United States District Court for the Southern District of Texas, the following is an index of matters being filed in this case:

1. Notice of Removal;

2. Civil Cover Sheet;

2. Index of Matters Being Filed;

4. Designation of Counsel; and

5. A copy of the Travis County District Clerk's file for this case has been requested including:

    a. Copy of the Docket Sheet

    b. Plaintiff's Original Petition (*filed 8/23/17*);

    c. Citation (*filed 9/5/17*);

    d. Citation (*filed 9/5/17*);

    e. Executed Service (*filed 9/22/17*);

    f. Unexecuted Return of Service (*filed 9/29/17*); and

g. Seneca Insurance Company's Original Answer (*filed 10/2/17*).

Respectfully submitted,

THOMPSON, COE, COUSINS & IRONS, L.L.P.

By:  /s/ *James N. Isbell*
   James N. Isbell
   Attorney-in-Charge
   Bar No.  10431900
   Email: jisbell@thompsoncoe.com
   Christopher H. Avery
   Bar No. 24069321
   cavery@thompsoncoe.com

One Riveway, Suite 1400
Houston, Texas  77056
Telephone:  (713) 403-8210
Telecopy:   (713) 403-8299

**ATTORNEYS SENECA INSURANCE COMPANY and DAVID CARBERRY**