United States District Court
Western District of Texas
Austin
**Deficiency Notice**

| | |
|---|---|
| To: | Isbell, James N. |
| From: | Court Operations Department, Western District of Texas |
| Date: | Thursday, October 12, 2017 |
| Re: | 01:17-CV-00968-RP / Doc # 1 / Filed On: 10/11/2017 06:08 PM CST |

Pursuant to the <u>Administrative Policies and Procedures for Electronic Filing in Civil and Criminal Cases</u>, the following pleading has been filed. However, it is deficient in the area(s) checked below. Please correct the deficiency(ies), as noted below, and re-file document **IMMEDIATELY.** When re-filing document, other than a motion, please ensure you add 'corrected' to the docket text. If the document you are re-filing is a motion, select 'corrected' from the drop-down list.

**If an erroneous filing results in failure to meet a deadline, you will need to seek relief, for any default, from the presiding judge.**

(1) Other
   Remarks: Pursuant to the Austin Division Standing Order dated December 23, 2003, "the party or parties removing a case to the United States District Court for the Western District of Texas, Austin Division, shall file an original and one copy of the 'Supplement to JS 44 Civil Cover Sheet..." Please submit this form using the "JS 44 Submitted" event.